# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Vernon Williams                      Docket No. 5:12-CR-81-2F

### Petition for Action on Probation

COMES NOW Arthur B. Campbell, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Vernon Williams, who, upon an earlier plea of guilty to Conspiracy to Falsely Make and Counterfeit Obligations of the United States, in violation of 18 U.S.C. § 371, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 8, 2012, to a 36-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

According to the presentence report, on May 21, 2001, the defendant was adjudicated delinquent for Crimes Against Nature in Durham, North Carolina. He was originally charged with a First Degree Sex Offense; however he was adjudicated delinquent of a lesser offense. Due to the delinquent adjudication, it has been requested that the defendant have his conditions of supervision modified to include the NCE Sex Offender Program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Vernon Williams
Docket No. 5:12-CR-81-2F
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in mental health/sex offender treatment, evaluation testing, clinical polygraphs and other assessment instruments as directed by the probation officer. While under supervision in the Eastern District of North Carolina, the defendant shall further abide by the rules and regulations of the NCE Sex Offender Program.

2. The defendant shall submit to a search of his person, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant. The search may be conducted by any law enforcement officer or probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Arthur B. Campbell<br>Arthur B. Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8677<br>Executed On: February 12, 2013 |

**ORDER OF COURT**

Considered and ordered this 12th day of February, 2013, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge